IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASMINE MONTGOMERY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:10-CV-00073-MHS-ALM |
| | § | |
| GRETCHEN BATAILLE, et al., | § | |
|     Defendants. | § | JURY |

## ORDER

After considering **Defendant Polk's Motion to Compel Discovery**, the court is of the opinion that the following order shall issue:

It is ORDERED that Defendant's motion is **GRANTED**. Plaintiff shall provide Defendant copies of executed releases as required by Local Rule CV-34 within three (3) days of this order.

It is also ORDERED that the discovery deadline will be extended to allow the records to be obtained and the necessary discovery to be conducted. An amended docket control order will be issued by separate order.

**SIGNED this 27th day of December, 2011.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE