IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT  4:10cv73

No. 12-40932

JASMINE MONTGOMERY,

    Plaintiff - Appellant

v.

GRETCHEN BATAILLE; JOHN BARCELO; CHRIS DEATON; RICHARD DETER; JOHN DOE; JIM GEOFFREY; LEE JACKSON; RICKY OLIVAREZ; JEREMY POLK; ED ROLLINS; CHRISTOPHER TURNER,

    Defendants - Appellees

Appeals from the United States District Court for the
Eastern District of Texas, Sherman

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeals are dismissed as of July 19, 2013, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

                                          LYLE W. CAYCE
                                          Clerk of the United States Court
                                          of Appeals for the Fifth Circuit

                                          By: _____
                                          Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
    Deputy
New Orleans, Louisiana  JUL 19 2013